IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC A. STERR,                                    No. CIV S-08-2307-CMK-P

       Plaintiff,

  vs.                                                       ORDER

D. BAPTISTA, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983 and/or the Religious Land Use and Institutionalized Persons Act ("RLUIPA")[1] Pending before the court is plaintiff's complaint (Doc. 1). The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

---

[1] This lawsuit is apparently brought by plaintiff as a class action. Because plaintiff is a non-attorney proceeding pro se, he cannot represent the interests of a class. See McShane v. United States, 366 F.2d 286 (9th Cir. 1966). Further, because plaintiff is incarcerated, he cannot "fairly and adequately protect the interests of the class," as required by Federal Rule of Civil Procedure 23(a)(4). This action, therefore, will not be construed as a class action but will be construed as an individual civil suit brought by plaintiff. The remaining individuals listed in the complaint as plaintiffs may file their own individual cases.

1  Plaintiff claims that defendants are impeding the practice of his religion of
2  Asatru/Odinism.  The complaint appears to state a cognizable claim for relief pursuant to 42
3  U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable
4  opportunity to prevail on the merits of this action.  The court, therefore, finds that service is
5  appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is
6  informed, however, that this action cannot proceed further until plaintiff complies with this order.
7  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.
8  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The court authorizes service on the following defendant(s):

   BAPTISTA,

   BARHAM,

   MUHAMAD,

   LONG,

   SUBIA, and

   MARTEL;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

///
///
///
///
///
///
///
///

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a.    The completed Notice of Submission of Documents;

    b.    One completed summons;

    c.    Six completed USM-285 form(s); and

    d.    Seven copies of the endorsed complaint.

DATED: October 3, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MARC A. STERR,                                   No. CIV S-08-2037-CMK-P

      Plaintiff,

   vs.

D. BAPTISTA, et al.,

      Defendants.

_____/

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

    Plaintiff hereby submits the following documents in compliance with the court's order:

       __1__    completed summons form;

       ____    completed USM-285 form(s); and

       ____    copies of the complaint.

DATED: _____                           _____
                                                                   Plaintiff