IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC A. STERR,                                  No. CIV S-08-2307-CMK-P

      Plaintiff,

  vs.                                           ORDER

D. BAPTISTA, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983 and/or the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). On October 6, 2008, the court authorized service of this action on the following defendants: Baptista, Barham, Muhamad, Long, Subia, and Martel, and directed plaintiff to submit documents for service by the United States Marshall. Plaintiff was directed to submit one completed summons, six completed USM-285 forms, and seven copies of the complaint. On October 28, 2008, plaintiff partially complied by submitting some, but not all, of the required documents. Specifically, plaintiff submitted a completed summons form, but only four completed USM-285 forms, and five copies of the complaint. Plaintiff will be required to submit the additional documents within 30 days of the date of this order. If plaintiff's intention is to

1 voluntarily dismiss certain defendants, he shall so inform the court within the time provided by
2 this order.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1.   The court has authorized service on the following defendant(s):
5         BAPTISTA,
6         BARHAM,
7         MUHAMAD,
8         LONG,
9         SUBIA, and
10        MARTEL;
11    2.   The Clerk of the Court shall send plaintiff two USM-285 forms, an
12 instruction sheet, and a copy of the complaint;
13    3.   If plaintiff does not intend to voluntarily dismiss any defendants, within 30
14 days of the date of service of this order, plaintiff shall complete the attached Notice of
15 Submission of Documents and submit the following documents to the court:
16        a.   The completed Notice of Submission of Documents;
17        c.   Two completed USM-285 form(s) for those defendants not listed
             on the forms submitted on October 28, 2008; and
18        d.   Two copies of the endorsed complaint; and
19
20    4.   If plaintiff intends to voluntarily dismiss defendants, he shall notify the
21 court within 30 days of the date of service of this order.

DATED: October 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC A. STERR, | No. CIV S-08-2307-CMK-P |
| Plaintiff, | |
| vs. | |
| D. BAPTISTA, et al., | |
| Defendants. | |
| _____/ | |

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

Plaintiff hereby submits the following documents in compliance with the court's order:

    _____    completed USM-285 form(s); and

    _____    copies of the complaint.

DATED: _____        _____
                                                                  Plaintiff