1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   MARC A. STERR,                       No. CIV S-08-2307-CMK-P
12           Plaintiff,
13      vs.                               ORDER
14   D. BAPTISTA, et al.,
15           Defendants.
16   _____/
17      To:   The California Department of Corrections and Rehabilitation
              1515 S Street, Sacramento, California 95814:
18
19           Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to
20   pay the full statutory filing fee for this action.  On October 6, 2008, the court granted plaintiff's
21   application for leave to proceed in forma pauperis and directed the agency listed above to submit
22   periodic payments from plaintiff's prison trust account until the full $350.00 filing fee was paid
23   in full.  A review of the docket reflects that plaintiff paid the full filing fee on November 6, 2008.
24   The court's order directing payment of inmate filing fee (Doc. 5) is, therefore, be vacated.  The
25   Clerk of the Court is directed to serve a copy of this order on the agency listed above and on
26   plaintiff.   The Clerk of the Court is further directed to serve a copy of this order on the Financial

                                            1

1 | Department of the court.
2 |         IT IS SO ORDERED.
3 |
4 | DATED: November 12, 2008
5 |
6 |                                    _____
  |                                    **CRAIG M. KELLISON**
  |                                    UNITED STATES MAGISTRATE JUDGE
7 |
8 |

PDF created with pdfFactory trial version www.pdffactory.com