IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARC A. STERR,** | 2:08-CV-2307 DOC |
| Plaintiff, | **ORDER** |
| v. | |
| **D. BAPTISTA, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant Subia is granted an extension of time, to and including February 23, 2009, within which to file his responsive pleading.

Dated: February 4, 2009

_/s/ David O. Carter_
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Order

1