IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARC A. STERR,** | 2:08-CV-2307 DOC P |
| Plaintiff, | **ORDER** |
| v. | |
| **D. BAPTISTA, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants Baptista, Barham, Mohamed, Long, and Martel are granted an additional thirty days, to and including February 23, 2009, within which to file their responsive pleading.

Dated:   February 20, 2009

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

[Proposed] Order

1