IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARC A. STERR,** | 2:08-CV-2307 DOC P |
| Plaintiff, | **ORDER** |
| v. | |
| **D. BAPTISTA, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants Baptista, Barham, Mohamed, Long, Martel, and Subia are granted an additional thirty days, to and including March 25, 2009, within which to file their responsive pleading, and are further granted an additional forty-five days, until April 14, 2009, to serve responses to Plaintiff's First Request for Documents and First Set of Interrogatories directed to each Defendant.

Dated: February 20, 2009

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

[Proposed] Order

1