# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marc A. Sterr,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>D. Baptista, et al,<br><br>　　　　Defendant(s). | CASE NO. S CIV 08-2307 DOC<br><br>**O R D E R DISMISSING MOTION TO COMPEL AS PREMATURE** |

Plaintiff Marc Sterr ("Plaintiff") is a prisoner proceeding pro se in a civil rights action. Plaintiff is currently incarcerated at the Mule Creek State Prison in Ione, California. Plaintiff filed a Motion to Compel Discovery on June 19, 2009. Plaintiff's discovery request was filed on March 13, 2009. As Defendants have 45 days to respond to requests for discovery, Plaintiff's motion is premature.

Consequently, Plaintiff's Motion to Compel Discovery is DISMISSED as premature.

DATED: June 26, 2009

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE
Sitting by Designation