UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marc A. Sterr, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> D. Baptista, et al, ) <br> ) <br> Defendant(s). ) <br> ) <br> ) <br> ) <br> _____ | CASE NO. S CIV 08-2307 DOC <br><br> **O R D E R** VACATING MOTION TO COMPEL DISCOVERY |

Plaintiff Marc Sterr ("Plaintiff") is a prisoner proceeding pro se in a civil rights action. Plaintiff is currently incarcerated at the Mule Creek State Prison in Ione, California. Plaintiff has withdrawn his Motion to Compel Discovery filed on April 22, 2009. Defendants do not oppose Plaintiff's withdrawal of the Motion, but request a Discovery Order stating that in inmate cases, discovery responses are due 45 days after service of the discovery request. The Court GRANTS both parties' requests.

## I. DISPOSITION

In accordance with the above:

(1) Plaintiff's Motion to Compel Discovery is hereby VACATED and

1 | (2) Responses to requests for discovery shall not be due until 45 days after service.

2 | DATED: June 26, 2009

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE
Sitting by Designation