UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Marc A. Sterr, | ) | CASE NO. S CIV 08-2307 DOC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| D. Baptista, et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

Plaintiff Marc Sterr ("Plaintiff") is a prisoner proceeding pro se in a civil rights action. Plaintiff is currently incarcerated at the Mule Creek State Prison in Ione, California. Plaintiff filed a Motion to Reconsider Motion to Compel Discovery on July 22, 2009.

First, Plaintiff requests that the Court reconsider Plaintiff's Motion to Compel Discovery, filed June 19, 2009. Because Defendants' forty-five days to respond to requests for discovery has now expired, Plaintiff may now properly bring a Motion to Compel Discovery before the Court. However, Plaintiff's instant Motion to *Reconsider* Motion to Compel Discovery is improper. There is no pending issue for the Court to "reconsider" because the Court did not deny Plaintiff's previous Motion to Compel Discovery based on the merits, but only dismissed that Motion because it was brought prematurely (i.e. before the allotted forty-five days elapsed). Plaintiff may now properly bring a Motion to Compel Discovery, and following opposition by

1  Defendants, the Court may render a decision on the merits.

2      Second, Plaintiff requests that the Court reconsider Plaintiff's Motion to Compel
3  Discovery, filed April 22, 2009.  The Court need not reconsider Plaintiff's Motion to Compel
4  Discovery because the Motion was vacated in accordance with Plaintiff's Motion to Withdraw.
5  The Court also need not reconsider the Discovery Order because (1) Plaintiff has not properly
6  opposed the Discovery Order and (2) this Court previously ordered that discovery responses are
7  due forty-five days after service of the discovery request.

8      Consequently, Plaintiff's Motion to Reconsider Motion to Compel Discovery is
9  DISMISSED as improper.

10

11      DATED: July 28, 2009

12
13                                      _____
                                    DAVID O. CARTER
14                                      UNITED STATES DISTRICT JUDGE
                                    Sitting by Designation

15

16

17

18

19

20

21

22

23

24

25

26

27

28