1
2
3
4
5
6
7

8                    UNITED  STATES  DISTRICT  COURT

9          FOR  THE  EASTERN  DISTRICT  OF  CALIFORNIA

10

11   **Marc A. Sterr,**                    )          **CASE NO. S CIV 08-2307 DOC**
                                           )
12              **Plaintiff(s),**          )
                                           )          **O R D E R**
13          **v.**                         )
                                           )
14                                         )
                                           )
15   **D. Baptista, et al,**               )
                                           )
16              **Defendant(s).**          )
     _____

17

18          Plaintiff Marc Sterr ("Plaintiff") is a prisoner proceeding pro se in a civil rights action.

19   Plaintiff is currently incarcerated at the Mule Creek State Prison in Ione, California.  On July 22,

20   2009, Plaintiff filed a Reply to Defendants' Response to Plaintiff's Motion for Temporary

21   Restraining Order.   Plaintiff argues that the Court should grant Plaintiff's Motion for Temporary

22   Restraining Order because, pursuant to Local Rule 78-230(m), "[f]ailure to file an opposition or

23   to file a statement of no opposition may be deemed a waiver of any opposition to the granting of

24   the motion and may result in the imposition of sanctions."

25          On November 13, 2008, Magistrate Judge Craig M. Kellison issued an order informing

26   the parties of which motions they must oppose with briefing.  Specifically, "Unless otherwise

27   ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery,

28   motions pursuant to Rule 7, 11, 12, 15, 41, 55, 56, 59, and 60 of the Federal Rules of Civil

1  Procedure, and motions shall be briefed pursuant to Local Rule 78-230(m), and failure to oppose

2  such a motion timely may be deemed a waiver of opposition to the motion; *opposition to all*

3  *other motions need be filed only as directed by the court*."  Pursuant to this order, no written

4  opposition is required on a motion for a temporary restraining order and the local rule does not

5  apply.  Furthermore, Plaintiff's Motion for Temporary Restraining Order was ruled on the merits

6  and not from a default position.  Consequently, Plaintiff's Reply to Defendants' Response to

7  Plaintiff's Motion for Temporary Restraining Order does not warrant a reconsideration of this

8  Court's denial of Plaintiff's Motion.

9

10          DATED: July 28, 2009

11

12                                              _____

13                                              DAVID O. CARTER
                                                UNITED STATES DISTRICT JUDGE
14                                              Sitting by Designation

15

16

17

18

19

20

21

22

23

24

25

26

27

28