IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARC A. STERR,** | 2:08-CV-2307 DOC P |
| Plaintiff, | **ORDER GRANTING MOTION TO SUBMIT SEALED DOCUMENTS** |
| v. | |
| **D. BAPTISTA, et al.,** | Local Rule 39-141(c) |
| Defendants. | |

Defendants Baptista, Mohamed, Long, Subia and Martel moved for the court to review *in camera*, and file under seal, the document entitled "Religious Programs, Need to Establish Statewide Departmental Policy," in support of Defendants' opposition to Plaintiff's motion to compel discovery. Good cause appearing, the motion is granted. The Clerk is directed to keep the document under seal during the pendency of this litigation, and to return them to defense counsel at the conclusion of this litigation.

**IT IS SO ORDERED.**

Dated: September 2, 2009

/s/ David O. Carter
The Honorable David O. Carter

SA2008306831
30846577.doc

1

[~~Proposed~~] Order Granting Motion to Submit Sealed Documents (2:08-CV-2307 DOC P)

**DECLARATION OF SERVICE BY U.S. MAIL**

**Case Name:** *Marc A. Sterr v. D. Baptista, et al.*
**No.:** 2:08-CV-2307 DOC P

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 25, 2009**, I served the attached **[PROPOSED] ORDER GRANTING MOTION TO SUBMIT SEALED DOCUMENTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Marc A. Sterr - P-36998
Mule Creek State Prison
P. O. Box 409099
4001 Highway 104
Ione, CA 95640

*In Pro Per*

Jonathan Paul
Moreno & Rivera
1451 River Park Drive, Suite 145
Sacramento, California 95815

*Attorney for Defendant S. Burham*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 25, 2009**, at Sacramento, California.

| D. Kulczyk | /s/ D. Kulczyk |
|---|---|
| Declarant | Signature |