IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Marc A. Sterr,

      Plaintiff,                    CASE NO. 2:08-CV-2307 DOC P

    vs.

D. Baptista, et al.,

      Defendants.

_____/

ORDER

      Before the Court is Plaintiff's Motion to Set Pretrial Schedule and Trial Date (the "Motion"). Pursuant to Local Rule 240(a), the assigned Judge shall order the holding of one or more scheduling conferences for the purpose of entering a pretrial scheduling order. However, under Local Rule 240(c)(8), prisoner actions as defined by Local Rule 101 are exceptions to the mandatory scheduling order requirement. Local Rule 101 defines prisoner actions as "actions brought in propria persona by a person in custody who is seeking habeas corpus relief (28 U.S.C. § 2241 et seq.) or any relief authorized by 42 U.S.C. § 1981 et seq., or actions pursuant to Bivens or the Federal Tort Claims Act." Plaintiff Sterr has brought a claim under 42 U.S.C. § 1983, which is a prisoner action as defined by Local Rule 101. The Court finds that a scheduling order is inappropriate in this matter.

1

1 | For the foregoing reasons, the Court hereby DENIES the Motion.
2 |
3 | DATED: February 8, 2010
4 |
5 | *David O. Carter*
6 | UNITED STATES DISTRICT COURT JUDGE
  | Sitting by Designation